# RETURN OF SERVICE

## UNITED STATES BANKRUPTCY COURT
### District of Massachusetts

Case Number: 20-01048

Plaintiff:
NATIONAL FISH AND SEAFOOD (DEBTOR)/ JOHN O. DESMOND, CHAPTER 7 TRUSTEE
vs.
Defendant:
NG JOO PUAY, ET AL.



For: MICHAEL CONNOLLY
MURTHA CULLINA LLP

Received by Judicial Process and Support, Inc. on the 14th day of May, 2020 at 1:14 pm to be served on NG JOO SIANG, C/O PACIFIC ANDES GROUP,, 32/F HONG KONG PLAZA,, 188 CONNAUGHT RD WEST, SAI YING PUN, HONG KONG SAR. I, So Chung Wa, do hereby affirm that on the 5 day of June, 20 20 at 4:40 p.m., executed service by delivering a true copy of the SUMMONS IN AN ADVERSARY PROCEEDING, COVER SHEET AND ADVERSARY COMPLAINT in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(X) SUBSTITUTE SERVICE: By serving Ms. Wong Mei Fan as receptionist.

( ) CORPORATE SERVICE: By serving _____ as _____

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: As the company is start moving to other place. Most of the staff already move out. The third time we go up, we pass the four sets of document to the reception woman. Her name is Ms Wong Mei Fan. She said she will pass it to the four individuals.

I acknowlede that I am certified/appointed in good standing in the judicial circuit wherein this process was served, have no interest in the above action and that I am over the age of Eighteen (18). Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

PROCESS SERVER # _____
Appointed in accordance with State Statutes

Judicial Process and Support, Inc.
19 West Flagler Street
Suite 610
Miami, FL 33130
(305) 347-3353

Our Job Serial Number: 2020000711
Ref: JENNIFER B

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n