**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re | National Fish and Seafood Inc | Related Bankruptcy Case: 19–11824 |
| | | Chapter 7 |
| | Debtor | Judge Frank J. Bailey |
| | John O. Desmond | Adversary Proceeding: 20–01048 |
| | Plaintiff | |
| | vs. | |
| | Ng Joo Puay | |
| | Defendant | |

## NOTICE OF TELEPHONIC PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that a **PRETRIAL CONFERENCE** will be held on **1/5/21 at 09:30 AM** before the Honorable Judge Frank J. Bailey, Courtroom 1, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109–3945 to consider the following:

[1] Complaint by John O. Desmond against Ng Joo Puay, Ng Puay Ye, Ng Joo Kwee, Ng Joo Siang, Michael Buno, Todd Provost, Jack Ventola.

BECAUSE OF THE CONCERNS ABOUT COVID–19, ALL PARTICIPANTS, INCLUDING ATTORNEYS, THE DEBTOR(S), WITNESSES, AFFIANTS, AND OTHER ATTENDEES SHALL APPEAR BY TELEPHONE AND MAY NOT APPEAR IN PERSON. TO APPEAR TELEPHONICALLY, ATTENDEES SHALL, AT THE APPOINTED TIME OF HEARING, DIAL (877) 336–1839 AND ENTER ACCESS CODE 7925100. TO FACILITATE INFORMAL DISCUSSIONS SIMILAR TO THOSE THAT OCCUR JUST PRIOR TO IN–PERSON HEARINGS, THE COURT REQUESTS THAT THE PARTIES ATTEMPT TO CONFER BRIEFLY 48 HOURS PRIOR TO THE SCHEDULED HEARING.

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. This Pretrial Conference shall be held in accordance with Fed. R. Bankr. P. 7016.

Date: 12/4/20                                                                                         By the Court,

                                                                                                     Mary Murray
                                                                                                     Deputy Clerk
                                                                                                     617–748–5350

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748–5314 or (866) 419–5695 (toll free) for a recorded message.