**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| *In re:* ) | |
| ) | CHAPTER 7 |
| NATIONAL FISH AND SEAFOOD INC. ) | CASE NO. 19-11824-FJB |
|    Debtor, ) | |
| ) | |
| ) | |
| JOHN O. DESMOND, CHAPTER 7 ) | |
| TRUSTEE FOR NATIONAL FISH & ) | |
| SEAFOOD, INC. ) | |
| ) | ADVERSARY PROCEEDING |
|    Plaintiff, ) | NO. 20-01048 |
| ) | |
| v. ) | |
| ) | |
| NG JOO PUAY, NG PUAY YE, NG JOO ) | |
| KWEE, NG JOO SIANG, MICHAEL ) | |
| BRUNO, TODD PROVOST, and ) | |
| JACK VENTOLA ) | |
| ) | |
|    Defendants, ) | |
| ) | |

## DEFENDANT JACK VENTOLA'S MOTION TO WITHDRAW THE REFERENCE

NOW COMES Defendant Jack Ventola, by his undersigned attorneys, Brooks & DeRensis,

P.C., and moves pursuant to 28 U.S.C. §157(d), Fed. Bankr. P. 5011 and MLBR 500-1 for an order

of the United States District Court for the District of Massachusetts (the "District Court")

withdrawing the automatic reference provided under Rule 201 of the District Court's Local Rules

as to all claims asserted in the above captioned Adversary Proceeding by John O. Desmond ("the

Trustee") Chapter 7 Trustee of the Bankruptcy Estate of National Fish and Seafood, Inc. (the

("Debtor"). By the relief requested in this Motion, Ventola, who has demanded a trial by jury on

all of the Trustee's asserted claims and who will withhold his consent to have such a trial being

conducted by the United States Bankruptcy Court for the District of Massachusetts (the

"Bankruptcy Court") seeks to have the claims adjudicated in a jury trial held in District Court.

Moreover, Ventola desires to join in the relief sought in Defendant Todd Provost's Motion to

Withdraw the Reference. (*See Document No. 64*). Defendant Ventola further hereby submits that

the same legal basis for relief and good cause to withdraw the refence exists as to Ventola as is set

forth with respect to Defendant Provost in the said Motion. Moreover, as further grounds to allow

this Motion and Defendant Provost's Motion as filed, Ventola further states as follows:

1. The debtor seeks monetary damages against Ventola, and the Trustee's goal in the case—
   the imposition of monetary damages—entitles Ventola to his Seventh Amendment right to
   have his case tried to a jury. Under the circumstances of this case, the District Court alone
   has the power to conduct that jury trial[1]. Moreover, given that the case is appropriately
   tried in the District Court, judicial economy and fairness suggest that the District Court
   should also oversee pretrial practice, including discovery.

2. The defendants have only recently answered the case and automatic disclosures and
   discovery has not yet begun. The Motion is thus timely filed. There is no reason for the
   case to remain in the Bankruptcy Court when it will ultimately be tried in this Court. The
   Motion should be granted and the case withdrawn.

3. Pursuant to LR 7.1, undersigned counsel certify that they have conferred with counsel for
   the Trustee regarding this Motion and have attempted in good faith to resolve or narrow
   the issues in dispute.

---

[1] While the Bankruptcy Court with all parties consenting has the power to conduct a jury trial, Ventola will not consent.

WHEREFORE, Ventola respectfully prays that the Court,

    A. Grant the Motion to Withdraw the Reference to the Bankruptcy Court; and,

    B. Grant such other and further relief as it deems appropriate.

            Respectfully Submitted,

            JACK VENTOLA

            By His Attorneys,

            BROOKS & DERENSIS, P.C.

Dated: January 6, 2021      By:    /s/ *John A. McDermott*
                      John A. McDermott, Esq. BBO 694630
                      Steven J. Brooks, Esq. BBO 059140
                      260 Franklin Suite 700
                      Boston, Massachusetts 02110
                      Tel: 857-259-5200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion has been forwarded to the following via the

Court's electronic filing system:

| | |
|---|---|
| Michael Connolly on behalf of John O. Desmond | mconnoly@murthalaw.com |
| Jonathan Horne on behalf of John O. Desmond | jhorne@murthalaw.com |
| Thomas S. Vangel on behalf of John O. Desmond | tvangel@murthalaw.com |
| Gary W. Cruickshank on behalf of creditor Crustade PTE, Ltd and PT Bumni Menara Internusa | gwc@cruickshank-law.com<br>cruickshankgr87938@notify.bestcase.com |
| Vincent DeMore on behalf of Michael Bruno | vince.demore@henningstrategies.com |
| Steven Brooks on behalf of Jack Ventola | sbrooks@bdboston.com |

AND via U.S. Mail to

Ng Joo Kwee
Room 3201-3210
Hong Kong Plaza
188 Connaught Road West
Hong Kong, S.A.R
Hong Kong

Ng Joo Siang
Room 3201-3210
Hong Kong Plaza
188 Connaught Road West
Hong Kong, S.A.R
Hong Kong

Ng Joo Puay
Room 3201-3210
Hong Kong Plaza
188 Connaught Road West
Hong Kong S.A.R
Hong Kong

Ng Puay Ye
Room 3201-3210
Hong Kong Plaza
188 Connaught Road West
Hong Kong S.A.R
Hong Kong

Dated January 6, 20201

*/s/ John A. McDermott*
John A. McDermott, BBO No. 694630