UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL FISH AND SEAFOOD, INC.<br><br>Debtor.<br><br>JOHN O. DESMOND, CHAPTER 7 TRUSTEE FOR NATIONAL FISH & SEAFOOD, INC.<br><br>Plaintiff,<br><br>v.<br><br>NG JOO PUAY, NG PUAY YE, NG JOO KWEE, NG JOO SIANG, MICHAEL BRUNO, TODD PROVOST and JACK VENTOLA<br><br>Defendants. | CHAPTER 7<br>CASE NO. 19-11824-FJB<br><br><br><br><br><br><br><br>ADVERSARY PROCEEDING<br>NO. 20-01048-FJB |

**RULE 26(F) CERTIFICATION, REPORT
AND PROPOSED DISCOVERY SCHEDULE**

Pursuant to Fed. R. Civ. P. 26(f), as made applicable to this proceeding by Fed. R. Bankr. P. 7026, the parties present the following joint discovery plan for the Court's consideration and approval in connection with the above-captioned matter.

    **I.**    **Certification of Rule 26(f) Conference of Parties**

The parties certify that they conferred pursuant to Rule 26(f) on December 17, 2020 for the purpose of discussing their claims and defenses and those items identified in the Pretrial Order.

    **II.**    **Proposed Discovery Plan**

    1.    The parties propose that the following discovery deadlines be approved:

16553420.v1

      a.    the parties shall serve their initial disclosures no later than <u>February 1, 2021</u>;

      b.    the deadline for amending the pleadings shall be <u>April 30, 2021</u>;

      c.    plaintiff shall make his expert disclosure no later than <u>November 1, 2021</u>;

      d.    defendants shall make their expert disclosure no later than <u>December 15, 2021</u>;

      e.    the parties shall complete all discovery, including expert deposition, discovery no later than <u>February 1, 2022</u>;

      f.    any dispositive motions must be filed by <u>March 1, 2022</u>;

      g.    if no dispositive motions are filed, the parties anticipate that the case will be trial ready on or after <u>June 1, 2022</u>.

2.    The parties reserve their rights to request leave of the Court for an extension or a change in the discovery deadline as it develops.

**III.**    **Certification Concerning ESI**

The parties anticipate that ESI will be disclosed during discovery and are in the process of negotiating the terms of a stipulation to address ESI issues that may arise.

**IV.**    **Proposed Changes to Written Discovery Rules**

1.    **INTERROGATORIES**: The Parties agree that they will be limited to a maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service unless otherwise agreed to pursuant to Fed. R. Civ. P. 29.

2.    **REQUESTS FOR ADMISSION:** The parties agree that they will be limited to a maximum of 50 requests for admission by each party to any other party. Responses due 30 days after service unless otherwise agreed to pursuant to Fed. R. Civ. P. 29.

16553420.v1

3. **DEPOSITIONS:** A maximum of 20 depositions by plaintiff and 25 by defendants. Each deposition limited to a maximum of 7.5 hours unless extended by agreement of the parties, or Order of the Court.

### V. Consent to Final Orders

1. Plaintiff consents to the entry of final orders by this Court.

2. The defendants do not consent to the entry of final orders by this Court, and intend to file a motion to withdraw the reference.

### VI. Length of Trial

The parties estimate that the trial should take approximately 7-10 trial days to complete.

[remainder of page left blank]

16553420.v1

Respectfully Submitted,

| | |
|---|---|
| JOHN O. DESMOND, CHAPTER 7 TRUSTEE OF THE ESTATE OF NATIONAL FISH & SEAFOOD, INC., | TODD PROVOST, |
| Bu his attorneys, | By his attorneys, |
| /s/ *Jonathan M. Horne* | /s/ *Scott Harris* |
| Michael P. Connolly, Esq. (BBO# 637642) | Joseph Foster, Esq. (BBO #624860) |
| Jonathan M. Horne, Esq. (BBO #673098) | Scott Harris, Esq. (BBO # 552903) |
| MURTHA CULLINA LLP | MCLANE MIDDLETON PA |
| 99 High Street | 900 Elm Street, P.O. Box 326 |
| Boston, MA 02110 | Manchester, New Hampshire 03105-0326 |
| 617-457-4000 Telephone | Telephone: (603) 625-6464 |
| 617-482-3868 Facsimile | joseph.foster@mclane.com |
| mconnolly@murthalaw.com | scott.harris@mclane.com |
| jhorne@murthalaw.com | |
| MICHAEL BRUNO, | JACK VENTOLA, |
| By his attorneys, | By his attorneys, |
| /s/ *Vincent J. Demore* | /s/ *John A. McDermott* |
| Vincent J. DeMore, Esq. (BBO# 671136) | Steven J. Brooks, Esq. (BBO#059140) |
| Gregory D. Henning, Esq. (BBO# 663189) | John A. McDermott, Esq. (BBO#694630) |
| HENNING STRATEGIES, LLC | BROOKS & DERENSIS, P.C. |
| 141 Tremont Street – 5th Floor | 260 Franklin Street, Suite 700 |
| Boston, MA 02111 | Boston, MA 02110 |
| Vince.DeMore@henningstrategies.com | Telephone: (857) 259-5200 |
| Greg.Henning@henningstrategies.com | sbrooks@bdboston.com |
| | jmcdermott@bdboston.com |

Dated: January 12, 2021

16553420.v1

-5-

**CERTIFICATE OF SERVICE**

    I, Jonathan M. Horne, hereby certify that on January 12, 2021, a copy of this document was filed through the ECF system which will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

    */s/ Jonathan M. Horne*
Jonathan Horne, Esq., BBO No. 673098
Murtha Cullina LLP
99 High Street
Boston, Massachusetts 02110
617-457-4000 Telephone
617-482-3868 Facsimile
jhorne@murthalaw.com