

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> **NATIONAL FISH AND SEAFOOD INC.,** <br>     Debtor <br><br> **JOHN O. DESMOND,** <br>     Plaintiff, <br><br> *v.* <br><br> **NG JOO PUAY, NG PUAY YE, NG JOO KWEE, NG JOO SIANG, MICHAEL BRUNO, TODD PROVOST and JACK VENTOLA,** <br>     Defendants | Ch. 7 <br> 19-11824-FJB <br><br><br> Adversary Proceeding <br> 20-01048-FJB |

### Order

**MATTER:**

#79 Certificate of Rule 26(f) Conference and Rule 26(f) Discovery Plan with certificate of service (Re: 74 Order) filed by Defendants Michael Bruno, Todd Provost, Jack Ventola, Plaintiff John O. Desmond (Horne, Jonathan)

The proposed discovery plan is approved, and the deadlines in the Pretrial Order are modified accordingly. The parties shall file a joint pretrial statement on or before May 2, 2022 at 4:30 PM.

Dated: 1/12/2021

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge