UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: <br><br> NATIONAL FISH AND SEAFOOD, INC. <br><br> Debtor. <br><br><br> JOHN O. DESMOND, CHAPTER 7 TRUSTEE FOR NATIONAL FISH & SEAFOOD, INC. <br><br> Plaintiff, <br> v. <br><br> NG JOO PUAY, NG PUAY YE, NG JOO KWEE, NG JOO SIANG, MICHAEL BRUNO, TODD PROVOST and JACK VENTOLA <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CHAPTER 7 <br> CASE NO. 19-11824-FJB <br><br><br><br><br><br> ADVERSARY PROCEEDING <br> NO. 20-01048-FJB |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Bankr. P. 7041, the undersigned parties, constituting all of the parties that have appeared in this adversary proceeding, hereby stipulate that this adversary proceeding be dismissed with prejudice, without costs, and with the parties waiving all rights of appeal.


[remainder of page left blank]

Respectfully submitted,

| | |
|---|---|
| JOHN O. DESMOND, CHAPTER 7 TRUSTEE OF THE ESTATE OF NATIONAL FISH & SEAFOOD, INC., | TODD PROVOST, |
| Bu his attorneys, | By his attorneys, |
| */s/ Jonathan M. Horne* | */s/ Joseph Foster* |
| Michael P. Connolly, Esq. (BBO# 637642) | Joseph Foster, Esq. (BBO #624860) |
| Jonathan M. Horne, Esq. (BBO #673098) | Scott Harris, Esq. (BBO # 552903) |
| MURTHA CULLINA LLP | MCLANE MIDDLETON PA |
| 99 High Street | 900 Elm Street, P.O. Box 326 |
| Boston, MA 02110 | Manchester, New Hampshire 03105-0326 |
| 617-457-4000 Telephone | Telephone: (603) 625-6464 |
| 617-482-3868 Facsimile | joseph.foster@mclane.com |
| mconnolly@murthalaw.com | scott.harris@mclane.com |
| jhorne@murthalaw.com | |
| MICHAEL BRUNO, | JACK VENTOLA, |
| By his attorneys, | By his attorneys, |
| */s/ Gregory D. Henning* | */s/ Steven J. Brooks* |
| Vincent J. DeMore, Esq. (BBO# 671136) | Steven J. Brooks, Esq. (BBO#059140) |
| Gregory D. Henning, Esq. (BBO# 663189) | John A. McDermott, Esq. (BBO#694630) |
| HENNING STRATEGIES, LLC | BROOKS & DERENSIS, P.C. |
| 141 Tremont Street – 5th Floor | 260 Franklin Street, Suite 700 |
| Boston, MA 02111 | Boston, MA 02110 |
| Vince.DeMore@henningstrategies.com | Telephone: (857) 259-5200 |
| Greg.Henning@henningstrategies.com | sbrooks@bdboston.com |
| | jmcdermott@bdboston.com |

Dated: September 20, 2021

## CERTIFICATE OF SERVICE

I, Jonathan M. Horne, hereby certify that on September 20, 2021, a copy of this document was filed through the Court's ECF System and will be served electronically on all users registered to receive electronic notice in this proceeding.

/s/ Jonathan M. Horne
Jonathan M. Horne